UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| Omni Distributors LLC, | ) ) ) ) | |
| Plaintiff, | ) | Court No. 22-00250 |
| v. | ) ) | |
| United States, | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that plaintiff, Omni Distributors LLC, through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36

Dated: September 24, 2024
New York, New York

New York, New York 10022
Tel. (212) 557-4000
jspraragen@gdlsk.com

By:   /s/ Joseph M. Spraragen
      Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 22-00250, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: 9/24/2024         By: /s/ Giselle Almonte